IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-mj-326 **SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVADOR BARRERA, JR., a/k/a "Chavita,"<br><br>and<br><br>RICARDO JONATHAN GOMEZ, a/k/a "Ricardo Jonatan Gomez," a/k/a "Buddha," a/k/a "Jay" | **ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS** |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Affidavit, Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Taylor.Stout@usdoj.gov).

SO ORDERED this 19th day of July 2022.

Signed: July 19, 2022

David S. Cayer
United States Magistrate Judge