FILED
CHARLOTTE, NC

SEP 23 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:22 cr 236-RJC |
| v. | BILL OF INFORMATION |
| SALVADOR BARRERA, JR., a/k/a "Chavita" | Violation: 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
*(Possessing with Intent to Distribute Cocaine)*

On or about July 5, 2021, within the Western District of North Carolina, the defendant,

**SALVADOR BARRERA, JR., a/k/a "Chavita,"**

aiding and abetting and aided and abetted by other persons, did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Quantity of Cocaine Involved

With respect to defendant **SALVADOR BARRERA, JR., a/k/a "Chavita,"** the offense charged in Count One involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c). The following property is subject to forfeiture in accordance with Sections 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Information;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved in or used in such violations; and

d. If, as set forth in Title 21, United States Code, Section 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

DENA J. KING
UNITED STATES ATTORNEY

_____
TAYLOR G. STOUT
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEYS

2